UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

    Plaintiffs,

    v.

INFINEON TECHNOLOGIES AG, et al.,

    Defendants.
_____/

No. C 06-4333 PJH

**ORDER ON ADMINISTRATIVE MOTION TO MODIFY BRIEFING SCHEDULE**

Before the court is the AG plaintiffs' administrative motion to modify the briefing schedule with respect to defendants' motion to dismiss, currently set for hearing on February 7, 2007. The AG plaintiffs, having received the court's November 28, 2006 order limiting any opposition brief to no more than 60 pages, now seek to modify the briefing schedule so that both parties will receive an extension of time in which to file both opposition and reply briefs to the motion. Defendants have filed a statement of non-opposition to the AG plaintiffs' request.

The court hereby GRANTS the AG plaintiffs' request. The AG plaintiffs' opposition brief shall now be due by December 13, 2006, and defendants' reply shall be due no later than January 10, 2007. The hearing date on the motion to dismiss remains intact. The court cautions the parties, however, that in view of the court's January calendar – including the hearing set for the DRAM direct purchaser summary judgment motions – and the adjustments that will have to be made to accommodate plaintiffs' proposed briefing schedule, the court can only undertake its best efforts to ensure that the hearing schedule for defendants' motion to dismiss remains intact.

/ / /

1 | **IT IS SO ORDERED.**

2 | Dated: November 29, 2006

3 | _____
PHYLLIS J. HAMILTON
United States District Judge