# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DRAM ANTITRUST LITIGATION | Master File No. M-06-04333 PJH |
| | MDL No. 1486 |
| This Document Relates to: | [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF |
| *State of California ex rel. Lockyer et al. v. Infineon Technologies AG et al.* (C 06-04333 PJH) | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Defendants' Motion For Administrative Relief pursuant to Civil L.R. 7-11 is

3  hereby **GRANTED**. In support of their Motion to Dismiss filed October 10, 2006,

4  Defendants are permitted to file a Reply Brief of up to but not to exceed 25 pages.

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  Dated: 1/5/07

                                                 Hon. Phyllis J. Hamilton
                                                 United States District Judge