STEPHEN V. BOMSE (Bar No. 40686)
(stephen.bomse@hellerehrman.com)
DAVID C. BROWNSTEIN (Bar No. 141929)
(david.brownstein@hellerehrman.com)
SCOTT E. MORGAN (Bar No. 189507)
(scott.morgan@hellerehrman.com)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268

Attorneys for Defendants
MOSEL VITELIC INC. and
MOSEL VITELIC CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No.: M-02-1486 PJH<br><br>MDL No. 1486<br>Case No. 3:06-cv-04333-PJH<br>Case No. 3:06-cv-06436-PJH |
| This Document Relates to:<br><br>*State of California ex rel. Lockyer et al. v. Infineon Technologies AG et al.*<br><br>*State of New York v. Micron Technology et al.* | **DEFENDANTS MOSEL VITELIC INC. AND MOSEL VITELIC CORPORATION'S NOTICE OF SUBSTITUTION OF COUNSEL** AND ORDER<br>The Honorable Phyllis J. Hamilton |

Heller
Ehrman LLP

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Defendants Mosel Vitelic Inc. and Mosel Vitelic
3  Corporation hereby substitute Stephen V. Bomse, David C. Brownstein and Scott E.
4  Morgan and the law firm of Heller Ehrman LLP as attorney of record in place of William
5  M. Goodman and the law firm of Topel & Goodman.  The address of Heller Ehrman LLP is
6  333 Bush Street, San Francisco, California 94104-2878.  Its telephone numbers are (415)
7  772-6000 (voice) and (415) 772-6268 (facsimile).  Messrs. Bomse, Brownstein and Morgan
8  are admitted to practice before this Court.

9  DATED:  February 6, 2007            Respectfully submitted,

10                                                              HELLER EHRMAN LLP

12                                                              By _____/s/ David C. Brownstein_____
                                                                    DAVID C. BROWNSTEIN

13                                                              Attorneys for Defendants MOSEL VITELIC
                                                                CORPORATION AND MOSEL VITELIC INC.

15  2/8/07

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Heller Ehrman LLP

1

DEFENDANTS MOSEL VITELIC INC. AND MOSEL VITELIC CORPORATION'S NOTICE OF SUBSTITUTION
OF COUNSEL – CASE NOS. 3:06-CV-04333-PJH AND 3:06-CV-06436-PJH