MARC DANN
Ohio Attorney General
James C. Roberts (OH Bar # 0077733)
Assistant Attorney General
Admitted *Pro Hac Vice*
Mitchell L. Gentile (OH Bar # 0022274)
Principal Attorney
   150 East Gay Street
   Columbus, Ohio 43215
   (614) 466-4328 – (tel)
   (866) 818-6922 – (fax)
jroberts@ag.state.oh.us
Attorneys for Plaintiff, State of Ohio

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE STATE OF CALIFORNIA et al.,**<br><br>                             **Plaintiffs,**<br><br>   **v.**<br><br>**INFINEON TECHNOLOGIES AG et al.,**<br>                             **Defendants.** | Case No.: C 06-4333 PJH<br><br>**PLAINTIFF STATE OF OHIO'S NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |

     Plaintiff, State of Ohio, pursuant to Fed. R. Civ. P. 41(A), hereby dismisses without prejudice the claims asserted by Plaintiff, State of Ohio, in the above entitled action against the following defendants: Infineon Technologies AG; Infineon Technologies North America Corp.; Hynix Semiconductor, Inc.; Hynix Semiconductor America, Inc.; Micron Technology, Inc.; Micron Semiconductor Products, Inc.; Mosel Vitelic, Inc.; Mosel Vitelic Corp.; Nanya Technology Corporation; Nanya Technology Corporation USA, Inc.; Elpida Memory, Inc.; Elpida Memory (USA) Inc.; and NEC Electronics America, Inc.

     Pursuant to Fed. R. Civ. P. 41(A)(1) "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." Civil Rule 41(A) also provides: "the dismissal is without prejudice." Fed. R. Civ. P. 41(A). Here, Defendants have not served Plaintiff, State of Ohio, with an answer or a motion for summary judgment.

Moreover, pursuant to Fed. R. Civ. P. 23(E), court approval and notice of voluntary dismissal are required only of a "certified class." Here, a class has not been certified.

Respectfully Submitted,

MARC DANN
Attorney General, State of Ohio

_____/s/_____

By: James C. Roberts (OH Bar # 0077733)
    *Appearing Pro Hac Vice*
    Mitchell L. Gentile (OH Bar # 0077733)
    Assistant Attorneys General
    150 East Gay Street
    Columbus, Ohio 43215
    (614) 466-4328 – (tel)
    (866) 818-6922 – (fax)

6/25/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA