IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br>MDL No. 1486<br>Case No. C 06-6433 PJH |
| This Document Relates to:<br><br>STATE OF CALIFORNIA ET. AL.,<br><br>Plaintiff,<br>v.<br><br>INFINEON TECHNOLOGIES AG ET. AL.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY**<br><br>Date:<br>Time:<br>Judge: The Hon. Phyllis J. Hamilton |

The attached stipulation regarding procedures governing expert discovery is hereby GRANTED.

IT IS SO ORDERED.

DATED: 6/26/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton