UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> INFINEON TECHNOLOGIES AG, ET AL., <br><br> Defendant(s). | Case No. C-06-04333 PJH (JCS) <br><br> **ORDER DENYING MOTION TO COMPEL DEPOSITION OF STEVEN R. APPLETON [Docket No. 158]** |

The Court has received a letter dated June 20, 2007, [Docket No. 158] which it interprets as a Motion to Compel the Deposition of Steven R. Appleton, Chairman of the Board, Chief Executive Officer and President of Defendant Micron Technologies, Inc. For the reasons stated on the record at the telephonic hearing on June 29, 2007, at 11:00 a.m., and good cause appearing, the Motion is DENIED without prejudice. The parties are directed to meet and confer, and file a joint letter **no later than July 23, 2007**, regarding whether or not Mr. Appleton should be deposed regarding: (1) the decision in the Fall of 2001 to reduce capacity or supply; and (2) documents BATES number SSI 0005296507-8.

IT IS SO ORDERED.

Dated: June 29, 2007

JOSEPH C. SPERO
United States Magistrate Judge