KELLY A. AYOTTE
New Hampshire Attorney General
David A. Rienzo (NH Bar No. 13860)
Assistant Attorney General
Appearing Pro Hac Vice
    33 Capitol Street
    Concord, New Hampshire 03301
    (603) 271-3643 (voice)
    (603) 223-6239 (facsimile)
    david.rienzo@doj.nh.gov
Attorneys for Plaintiff, State of New Hampshire

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al.,<br>        Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, et al.,<br>        Defendants. | Case No: C 06-4333 PJH<br><br>**Plaintiff State of New Hampshire's**<br>**Notice of Voluntary Dismissal**<br> AND ORDER |

      NOW COMES  the State of New Hampshire ("State"), by and through its attorney, Kelly A. Ayotte, Attorney General, and pursuant to Fed. R. Civ. P. Rule 41(A), and hereby dismisses without prejudice the claims asserted by the State against Infineon Technologies AG, Infineon Technologies North America Corp., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Micron Technology, Inc., Micron Semiconductor Products, Inc., Mosel Vitelid, Inc., Mosel Vitelic Corp., Nanya Technology Corporation, Nanya Technology Corporation USA, Inc., Elpida Memory, Inc., Elpida Memory (USA) Inc., and NEC Electronics America, Inc., in the above-captioned matter.

      Pursuant to Fed. R. Civ. P. 41(A)(1) "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of

an answer or a motion for summary judgment." Civil Rule 41(A) also provides that "the dismissal is without prejudice." Here, the defendants have not served the State with an answer or a motion for summary judgment.

Furthermore, pursuant to Fed. R. Civ. P 23(E), court approval and notice of voluntary dismissal are required only of a "certified class." Here a class has not been certified.

Respectfully Submitted,

THE STATE OF NEW HAMPSHIRE

By its attorneys,

Kelly A. Ayotte
Attorney General

Date:  7/03/2007

By:    /s/ David A. Rienzo
       David A. Rienzo (NH Bar No. 13860)
       Appearing Pro Hac Vice
       Assistant Attorney General
       Consumer Protection and Antitrust Bureau
       33 Capitol Street
       Concord, New Hampshire 03301
       (603) 271-3643 (voice)
       (603) 223-6239 (facsimile)
       david.rienzo@doj.nh.gov

## Certification

I hereby certify that this Notice of Voluntary Dismissal has been filed with the Court using its Electronic Case Filing System (ECFS). Notice to all parties is automatically carried out by the ECFS.

/s/ David A. Rienzo

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton
7/6/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA