GREG ABBOTT
Attorney General of Texas
Mark A. Levy (TX Bar # 24014555)
Assistant Attorney General
Appearing *Pro Hac Vice*
   300 W. 15th Street, 9th Floor
   Austin, Texas  78701
   512/936-1847  Telephone
   512/320-0978  Fax
Mark.Levy@oag.state.tx.us
Attorneys for Plaintiff, State of Texas

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE STATE OF CALIFORNIA et al.,**<br>**Plaintiffs,**<br><br>v.<br><br>**INFINEON TECHNOLOGIES AG et al.,**<br>**Defendants** | Case No.: C 06-4333 PJH<br><br>**PLAINTIFF STATE OF TEXAS'S**<br>**NOTICE OF VOLUNTARY DISMISSAL**<br>AND ORDER |

      Plaintiff, State of Texas, pursuant to Fed. R. Civ. P. 41(a), hereby dismisses without prejudice the claims asserted by Plaintiff, State of Texas, in the above entitled action against the following defendants: Infineon Technologies AG; Infineon Technologies North America Corp.; Hynix Semiconductor, Inc.; Hynix Semiconductor America, Inc.; Micron Technology, Inc.; Micron Semiconductor Products, Inc.; Mosel Vitelic, Inc.; Mosel Vitelic Corp.; Nanya Technology Corporation; Nanya Technology Corporation USA, Inc.; Elpida Memory, Inc.; Elpida Memory (USA) Inc.; and NEC Electronics America, Inc.

      Pursuant to Fed. R. Civ. P. 41(a)(1) "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of

an answer or of a motion for summary judgment." Civil Rule 41(a) also provides: "the dismissal is without prejudice." Fed. R. Civ. P. 41(a). Here, Defendants have not served Plaintiff, State of Texas, with an answer or a motion for summary judgment.

Moreover, pursuant to Fed. R. Civ. P. 23(e), court approval and notice of voluntary dismissal are required only of a "certified class." Here, a class has not been certified.

Respectfully Submitted,

GREG ABBOTT
Attorney General of Texas

_____/s/_____

By: Mark A. Levy (TX Bar # 24014555)
Assistant Attorney General
Appearing *Pro Hac Vice*
300 W. 15th Street, 9th Floor
Austin, Texas 78701
512/936-1847  Telephone
512/320-0978  Fax

8/15/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA