IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA** *et al.*, <br><br> Plaintiffs, <br> v. <br> **INFINEON TECHNOLOGIES AG** *et al.*, <br><br> Defendants. | Case No.: C 06-04333 PJH <br><br> **[PROPOSED] ORDER FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |

On the motion of Plaintiff State of Wisconsin for an order for leave to file a Statement of Recent Decision in the above-captioned Court, the Honorable Phyllis J. Hamilton, presiding, having considered the papers filed and served herein, IT IS HEREBY ORDERED as follows:

Plaintiff's Motion for Leave to File a Statement of Recent Decision is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: 8/31/07

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Order for Leave to file Statement of Recent Decision