1  EDMUND G. BROWN JR
   Attorney General of the State of California
2  THOMAS GREENE
   Chief Assistant Attorney General
3  KATHLEEN E. FOOTE (65819)
   Senior Assistant Attorney General
4  EMILIO E. VARANINI (163952)
   Deputy Attorney General
5  455 Golden Gate Avenue
   San Francisco, CA 94102
6  Telephone:   (415) 703-5908
   Facsimile:   (415) 703-5480
7  Email:       emilio.varanini@doj.ca.gov

8  *Liaison Counsel for Plaintiffs*

9  JAMES G. KREISSMAN (206740)
   HARRISON J. FRAHN IV (206822)
10 ISABELLE A. YOUNG (246112)
   Simpson Thacher & Bartlett LLP
11 2550 Hanover Street
   Palo Alto, California  94304
12 Telephone:   (650) 251-5000
   Facsimile:   (650) 251-5002
13 Email:       jkreissman@stblaw.com
                hfrahn@stblaw.comEmail
14              iyoung@stblaw.com

15 *Counsel for Defendants Elpida Memory, Inc.
   and Elpida Memory (USA) Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, *et al.*,<br><br>Defendants. | Case No. C-06-04333 PJH (JCS)<br>Master File No. M-02-1486 PJH (JCS)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE TIMING OF PLAINTIFF STATES' RESPONSES TO CLASS CERTIFICATION CONTENTION INTERROGATORIES** |

Plaintiff States and defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc. (collectively "Elpida") jointly submit this stipulation regarding the timing of Plaintiff States' responses to class certification contention interrogatories.

WHEREAS, the Honorable Phyllis J. Hamilton set a briefing schedule for class

/

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE TIMING OF PLAINTIFF STATES' RESPONSES TO CERTAIN INTERROGATORIES

certification as follows: (1) the deadline to file class certification motions is October 24, 2007; (2) the deadline to file opposition to class certification is January 2, 2008; (3) the reply is to be filed by January 23, 2008; and (4) the hearing date for the motions for class certification is set for February 13, 2008 (see April 17, 2007 Case Management Order);

WHEREAS, on June 15, 2007, Elpida served on Plaintiff States interrogatories relating to class certification (see Interrogatory Nos. 10-18 of Elpida's First Set of Interrogatories);

WHEREAS, on August 6, 2007, Plaintiff States objected to and refused to answer such interrogatories on the grounds they were "premature contention" interrogatories (see Plaintiff States' Objections and Responses to Elpida's First Set of Interrogatories);

WHEREAS, through subsequent written meet-and-confer communications, as well as an in-person meet-and-confer on August 29, 2007, Elpida and Plaintiff States have had discussions on the timing of Plaintiff States' responses to Elpida's Interrogatory Nos. 10-18;

WHEREAS, Plaintiff States rejected Elpida's proposal to defer Plaintiffs States' substantive responses until 45 days before Plaintiffs' class certification papers are due;

WHEREAS, Plaintiff States proposed providing substantive responses on the same date Plaintiffs States' class certification papers are due;

WHEREAS, Plaintiff States may wish to discuss certain timing and scheduling issues with Defendants and the Honorable Phyllis J. Hamilton, including the briefing schedule for class certification;

Plaintiffs States and Elpida, by and through their respective counsel, hereby stipulate as follows:

1. To the extent the briefing schedule for class certification remains as currently scheduled, (i) Plaintiff States shall provide substantive responses to Elpida's Interrogatory Nos. 10-18 no later than October 24, 2007; (ii) such responses shall be full and complete answers with no new objections; and (iii) Elpida shall have 30 days after Plaintiffs States respond to move to compel if Elpida believes the responses are not sufficient.

2. To the extent Plaintiff States seek to modify the class certification schedule

1  and to the extent such schedule is modified, (i) Plaintiff States shall provide substantive responses to
2  Elpida's Interrogatory Nos. 10-18 no later than the deadline for Plaintiff States to submit their class
3  certification motions; (ii) such responses shall be full and complete answers with no new objections;
4  (iii) Elpida shall have 30 days after Plaintiff States respond to move to compel if Elpida believes the
5  responses are not sufficient; and (iv) Plaintiff States agree that defendants to this action may have
6  additional time (and certainly no less time than is contemplated under the current schedule) to file
7  their opposition papers and expert reports and/or conduct class discovery, subject to any limitations
8  imposed by the Honorable Phyllis J. Hamilton, and that Plaintiff States will work in good faith with
9  defendants to reach a suitable resolution.

| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>THOMAS GREENE<br>KATHLEEN E. FOOTE<br>EMILIO E. VARANINI<br>455 Golden Gate Avenue<br>San Francisco, CA 94102 | JAMES G. KREISSMAN<br>HARRISON J. FRAHN IV<br>ISABELLE A. YOUNG<br>Simpson Thacher & Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, California  94304 |
| By:        /S/       <br>         Emilio E. Varanini | By:        /S/       <br>         Harrison J. Frahn IV |
| *Liaison Counsel for Plaintiff States* | *Attorneys for Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc.* |

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: September _7_, 2007



JOSEPH C. SPERO
United States Magistrate Judge

certification motions; (ii) such responses shall be full and complete answers with no new objections; (iii) Elpida shall have 30 days after Plaintiff States respond to move to compel if Elpida believes the responses are not sufficient; and (iv) Plaintiff States agree that defendants to this action may have additional time (and certainly no less time than is contemplated under the current schedule) to file their opposition papers and expert reports and/or conduct class discovery, subject to any limitations imposed by the Honorable Phyllis J. Hamilton, and that Plaintiff States will work in good faith with defendants to reach a suitable resolution.

EDMUND G. BROWN JR.
Attorney General of the State of California
THOMAS GREENE
KATHLEEN E. FOOTE
EMILIO E. VARANINI
455 Golden Gate Avenue
San Francisco, CA 94102

By: *[signature]* for Emilio Varanini
Emilio E. Varanini

*Liaison Counsel for Plaintiff States*

JAMES G. KREISSMAN
HARRISON J. FRAHN IV
ISABELLE A. YOUNG
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, California 94304

By: _____
Harrison J. Frahn IV

*Attorneys for Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc.*

1 | certification motions; (ii) such responses shall be full and complete answers with no new objections;
2 | (iii) Elpida shall have 30 days after Plaintiff States respond to move to compel if Elpida believes the
3 | responses are not sufficient; and (iv) Plaintiff States agree that defendants to this action may have
4 | additional time (and certainly no less time than is contemplated under the current schedule) to file
5 | their opposition papers and expert reports and/or conduct class discovery, subject to any limitations
6 | imposed by the Honorable Phyllis J. Hamilton, and that Plaintiff States will work in good faith with
7 | defendants to reach a suitable resolution.

EDMUND G. BROWN JR.
Attorney General of the State of California
THOMAS GREENE
KATHLEEN E. FOOTE
EMILIO E. VARANINI
455 Golden Gate Avenue
San Francisco, CA 94102

JAMES G. KREISSMAN
HARRISON J. FRAHN IV
ISABELLE A. YOUNG
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, California 94304

By: _____
        Emilio E. Varanini

By: _____
        Harrison J. Frahn IV   w/ permission   IAY

*Liaison Counsel for Plaintiff States*

*Attorneys for Defendants Elpida Memory, Inc.
and Elpida Memory (USA) Inc.*