1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  THOMAS J. GREENE
   Chief Assistant Attorney General
3  KATHLEEN E. FOOTE
   Senior Assistant Attorney General
4  State Bar No. 65819
   EMILIO VARANINI
5  Deputy Attorney General
   State Bar No. 163952
6  NICOLE GORDON
   Deputy Attorney General
7  State Bar No. 224138
     455 Golden Gate Avenue, Suite 11000
8    San Francisco, CA 94102-3664
     Telephone: (415) 703-5562
9    Fax: (415) 703-5480
     Email: emilio.varanini@doj.ca.gov
10
   Liaison Counsel for Plaintiff States
11
   ANDREW CUOMO
12 Attorney General of the State of New York
   JAY L. HIMES
13 Jay.Himes@oag.state.ny.us
   Bureau Chief, Antitrust Bureau
14 RICHARD L. SCHWARTZ
   Richard.Schwartz@oag.state.ny.us
15 JEREMY R. KASHA
   Jeremy.Kasha@oag.state.ny.us
16 Assistant Attorneys General
   Office of the New York Attorney General
17 120 Broadway, 26th Floor
   New York, New York 10271-0332
18 Telephone: (212) 416-8262
   Facsimile: (212) 416-6015
19
   JAMES G. KREISSMAN (20674)
20 HARRISON J. FRAHN IV (206822)
   ISABELLA A. YOUNG (246112)
21 Simpson Thacher & Bartlett LLP
   2550 Hanover Street
22 Palo Alto, California 94304
   Telephone: (650) 251-5000
23 Facsimile:  (650) 251-5002
   Email: jkreissman@stblaw.com
24         hfrahn@stblaw.com
           iyong@stblaw.com
25
   Counsel for Defendants Elpida Memory, Inc.
26 and Elpida Memory (USA) Inc. and
   on behalf of Counsel for Hynix, Micron,
27 NEC, Infineon, Mosel and Nanya Defendants

28

[PROPOSED] ORDER RE SEPTEMBER 7, 2007 HEARING                                    C-02-01486 PJH

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION,<br><br>Plaintiffs, | Case No. C-02-01486 PJH<br><br>[PROPOSED] ORDER RE SEPTEMBER 7, 2007 HEARING |
| This Document Relates to:<br><br>STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, et al.,<br><br>Defendants. | Case No. C-06-04333 PJH (JCS) |
| This Document Relates to:<br><br>STATE OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>Defendants. | Case No. C-06-06436 PJH (JCS) |

Pursuant to the Court's August 6, 2007 Order, a hearing and further discovery conference in the above-captioned matters was held on September 7, 2007. Emilio E. Varanini appeared on behalf of Plaintiff States, Charles Kagay of Spiegel Liao & Kagay LLP appeared on behalf of Plaintiff State of California, and Richard L. Schwartz appeared on behalf of Plaintiff State of New York. The following counsel appeared telephonically on behalf of Plaintiffs: Lizbeth Leeds (State of Florida), John Tennis (State of Maryland), Blake Harrop (State of Illinois), Jeremy Kasha (State of New York), Eli Friedman (State of Florida), Bart Dickinson (State of Arkansas), and Mary Freeley (Commonwealth of Massachusetts).

       Steven H. Bergman of O'Melveny & Myers LLP appeared on behalf of the Hynix defendants, G. Charles Nierlich of Gibson Dunn & Crutcher LLP appeared on behalf of the Micron defendants, Isabelle A. Young of Simpson Thacher & Bartlett LLP appeared on behalf of the Elpida defendants, David Brownstein of Heller Ehrman LLP appeared on behalf of the Mosel Vitelic defendants, Jonathan Swartz of Thelen Reid Brown Raysman & Steiner LLP on behalf of the NEC defendants, and Howard Ullman of Orrick Herrington & Sutcliffe LLP appeared on behalf of the Nanya defendants. The following counsel appeared telephonically on behalf of Defendants: Josh Stambaugh of Kaye Scholer LLP (Infineon) and Jane Chang of O'Melveny & Myers LLP (Hynix).

       Having read the Joint Case Management Statement submitted by the parties on August 31, 2007, having heard the arguments of counsel, and for the reasons stated on the record, the Court HEREBY ORDERS as follows:

### A. CONTENTION INTERROGATORIES

1. **Not later than October 19, 2007**, the parties shall agree upon the timing of when Plaintiffs shall provide Defendants with substantive responses to the contention interrogatories and document requests.

### B. PLAINTIFFS' SURVEY

1. Plaintiffs are ordered either to include as part of the survey the questions that Defendants suggested for inclusion in the survey, and which Plaintiffs previously agreed to include, or in the alternative, to provide interrogatory responses, document request responses, and documents relating to those questions. Plaintiffs' request for costs has been denied without prejudice to Plaintiffs making an application for costs at a later time. The Court takes no position on costs at this time.

2. **Not later than October 1, 2007**, Plaintiffs shall distribute on a rolling basis, the survey and/or related discovery requests (*see* Section B.1.) to the survey participants. Plaintiffs shall serve Defendants with a copy of the survey and any related discovery requests at or about the time that the survey and any related discovery requests are distributed to survey participants.

3. **Not later than October 1, 2007**, the parties shall meet-and-confer regarding the production of the master data sets used to select survey participants and Plaintiffs shall produce the agreed-upon master data sets to Defendants by such date.

///

[PROPOSED] ORDER RE SEPTEMBER 7, 2007 HEARING       C-02-01486 PJH

4. **Not later than October 19, 2007**, the parties shall meet-and-confer about the production of the documents collected in the survey.

### C. DEPOSITIONS

1. **Not later than September 14, 2007**, the parties shall agree on the identity of the twenty (20) initial 30(b)(6) Multistate Plaintiff deponents, as well as the dates and locations for when and where such depositions shall occur. However, to the extent that substitutions may need to be made for the Kentucky, Maryland and Pennsylvania deponents previously agreed to by the parties, the parties have until September 28, 2007 to agree on the substitutions as well as the dates and locations for such depositions. A 30(b)(6) deponent or deponents for the State of New York shall also be deposed.

2. The State of Arkansas shall be responsible for the travel costs of a 30(b)(6) witness at the agreed-upon deposition location.

### D. DISCOVERY CONFERENCE

The Court will conduct a further discovery conference on **October 19, 2007, at 9:30 a.m.** The parties shall file a joint status report regarding such discovery, including all agreements reached during any meet-and-confer sessions and all issues remaining from such meet-and-confer sessions, **not later than October 12, 2007**.

IT IS SO ORDERED.

Dated: September 17, 2007



Judge Joseph C. Spero
United States Magistrate Judge

[PROPOSED] ORDER RE SEPTEMBER 7, 2007 HEARING

C-02-01486 PJH

4