1 | EDMUND G. BROWN, JR.
Attorney General of the State of California
2 | THOMAS GREENE
Chief Assistant Attorney General
3 | KATHLEEN E. FOOTE – California Bar No. 65819
Senior Assistant Attorney General
4 | NICOLE S. GORDON – California Bar No. 224138
Deputy Attorney General
5 | EMILIO E. VARANINI – California Bar No. No. 163952
Deputy Attorney General
6 |     455 Golden Gate Avenue
    San Francisco, California   94102
7 |     Telephone: (415) 703-5555
    Fax: (415) 703-5480
8 |     Email: emilio.varanini@doj.ca.gov

9 | Attorneys for Plaintiffs

10 | Michael I Spiegel – California Bar No. 32651
Wayne M. Liao –   California Bar No. 66591
11 | Charles M. Kagay – California Bar No. 73377
SPIEGEL LIAO & KAGAY
12 |     388 Market Street, Suite 900
    San Francisco, California  94111
13 |     Telephone:  (415) 956-5959
    Fax: (415) 362-1431
14 |     E-Mail: cmk@slksf.com

15 | Attorneys for the State of California

16 | IN THE UNITED STATES DISTRICT COURT

17 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA et al., | Case No. C 06-4333 PJH |
| Plaintiffs, | Related to MDL. No. 1486 |
| v. | Stipulation and (~~Proposed~~) Order re Dates for States' Class Action Motion |
| INFINEON TECHNOLOGIES AG et al., | |
| Defendants. | |

In the Case Management Order entered in this action on April 17, 2007, the Court set certain dates for briefing and argument on a class action motion brought by any of the plaintiff States. That Order set the following dates:

1

Stipulation and Order re Dates for Class Action Motion – No. C 06-4333 PJH (MDL-1486)

| | |
|---|---|
| Deadline to file class certification motions | October 24, 2007 |
| Deadline to file opposition to class certification | January 2, 2008 |
| Deadline to file reply | January 23, 2008 |
| Hearing date | February 13, 2008 9:30 AM |

Representatives of the plaintiff States and defendants have met and conferred and agreed among themselves that this action would proceed more efficiently and expeditiously if this schedule were modified to set these dates four weeks later. Among other reasons, defendants are considering the filing of a motion to dismiss that could impact the class issues.

The parties have therefore stipulated, and propose to the Court, that the above dates be modified as follows:

| | |
|---|---|
| Deadline to file class certification motions | November 21, 2007 |
| Deadline to file opposition to class certification | January 30, 2008 |
| Deadline to file reply | February 20, 2008 |
| Hearing date | March 12, 2008 ~~9:30~~ AM  9:00 a.m. |

EDMUND G. BROWN, JR.
Attorney General of the State of California
THOMAS GREENE
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
NICOLE S. GORDON
Deputy Attorney General

/s/ Emilio Varanini
EMILIO E. VARANINI
Deputy Attorney General

On behalf of Plaintiff States

2

| | |
|---|---|
| 1 | O'Melveny & Myers LLP |
| 2 | |
| 3 | /s/ Steven H. Bergman |
| 4 | Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. |
| 5 | |
| 6 | On behalf of all defendants |
| 7 | I, Charles Kagay, attest that concurrence in the filing of the document has been obtained from each of the other signatories. |
| 8 | |
| 9 | SPIEGEL LIAO & KAGAY |
| 10 | |
| 11 | /s/ Charles M. Kagay |
| | Charles M. Kagay |
| 12 | Attorneys for the State of California |

13

14

15  **IT IS SO ORDERED:**

16  Date: 10/16/07

17

18

19

20

21

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, with stamp "IT IS SO ORDERED" signed by Judge Phyllis J. Hamilton]*

3

Stipulation and Order re Dates for Class Action Motion – No. C 06-4333 PJH (MDL-1486)