United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

    Plaintiffs,

    v.

INFINEON TECHNOLOGIES, AG, et al.,

    Defendants.
_____/

No. C 06-4333 PJH

**ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

Please note that the hearing on plaintiffs' motion for leave to file a third amended complaint, which was previously set for hearing on November 7, 2007, at 9:00 a.m., has been CONTINUED to November 14, 2007, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Please note, however, that the original briefing schedule shall remain in effect.

**IT IS SO ORDERED.**

Dated: October 17, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge