UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION, | No. M-02-01486 PJH (JCS) |
| _____ | |
| This document relates to: | |
| STATE OF NEW YORK, ET AL., | No. C-06-06436 PJH (JCS) |
| Plaintiffs, | |
| v. | **ORDER FOLLOWING OCTOBER 19, 2007 CASE MANAGEMENT CONFERENCE** |
| MICRON, ET AL., | |
| Defendants. | |
| _____/ | |

Pursuant to the Order of the Court, a Case Management Conference regarding discovery was held on October 19, 2007. The following counsel appeared: Emilio Varanini (State of California), Jeremy Kasha and Richard Schwartz (State of New York), Eli Freedman (State of Florida), John Tennis (State of Maryland), Blake Harrop (State of Illinois), Steven H. Bergman and Jane Chang (Hynix), Charlies Nierlich (Micron), Gabriel Rubin (Elpida), Eva Chan (NEC Electronics), Josh Stambaugh (Infineon), David Brownstein (Mosel), and Howard Ullman (Nanya).  Good cause appearing, and for the reasons stated on the record, the Court ORDERS as follows:

1. Documents produced by the surveyed entities to Plaintiffs shall be provided to defense counsel on the 15th and 30th of each month. On the 15th, all documents produced by the surveyed entities to Plaintiffs during the second half of the previous

month shall be produced. Documents produced during the first half of any month shall be produced to Defendants' counsel on the 30th of that same month.

2. The depositions of Salt Lake County, Boise State University, and the Maryland entities shall all be taken by the **end of November, 2007**. The depositions of the Pennsylvania entities shall be taken by **October 30, 2007**.

3. Not later than **October 26, 2007**, the parties shall provide a stipulation setting a time for Plaintiffs to respond to the contention interrogatories propounded by Defendants.

4. Plaintiffs shall provide to Defendants an updated list of all of the entities that received a survey **not later than October 31, 2007**. In the event that any additional entities are provided with surveys, they shall be identified promptly to Defendants.

5. By **October 26, 2007**, the Commonwealth of the Northern Mariana Islands shall provide the information required in this Court's Order of August 6, 2007, to wit, "Plaintiffs shall provide Defendants in writing citations to generally applicable state laws and regulations that govern the purchasing and/or procurement in each state."

6. Plaintiffs indicated on the record that they have no objection to discovery by Defendants on the subject matter of the feedback obtained from the pre-test distribution of the survey to a small number of survey participants.

The next Case Management Conference is set for **December 7, 2007, at 9:30 a.m.** One week in advance of the conference, the parties shall file a Joint Case Management Statement regarding discovery.

IT IS SO ORDERED.

Dated: October 23, 2007

JOSEPH C. SPERO
United States Magistrate Judge

2