EDMUND G. BROWN JR.
Attorney General of the State of California
THOMAS GREENE
Assistant Chief Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
NICOLE GORDON
Deputy Attorney General (State Bar No. 224138)
SANGEETHA M. RAGHUNATHAN
Deputy Attorney General (State Bar No. 229129)
EMILIO VARANINI (State Bar No. 163952)
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5562
  Fax: (415) 703-5480
  Email: emilio.varanini@doj.ca.gov

Attorneys for Plaintiff States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE STATE OF CALIFORNIA, et al.,** | Master File No. M-02-1486 PJH |
| Plaintiffs, | MDL No. 1486 |
| v. | Case No. C 06-4333 PJH |
| **INFINEON TECHNOLOGIES AG, et al.,** | JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE [~~PROPOSED~~] THIRD AMENDED COMPLAINT |
| Defendants. | |
| THIS DOCUMENT RELATED TO: ALL INDIRECT PURCHASER ACTIONS | |

Plaintiff States and Defendants Nanya Technology Corp. and Nanya Technology USA (collectively "Nanya"), NEC Electronics America, Inc. ("NEC"), Mosel Vitelic Inc. and Mosel Vitelic Corp. (collectively "Mosel"), Infineon Technology AG and Infineon Technology North America Corp. (collectively "Infineon"), Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. (collectively "Hynix"), Micron Technology, Inc. and Micron Semiconductor

Products, Inc. (collectively "Micron"), and Elpida Memory, Inc. and Elpida Memory (USA) Inc. (collectively "Elpida"), by and through their counsel, jointly submit this stipulation regarding Defendants' non-opposition to Plaintiff States' Motion for Leave to File [Proposed] Third Amended Complaint.

IT IS HEREBY STIPULATED by the parties, by and between their counsel and subject to Court approval, that without waiving the right to assert any and all defenses available to Defendants as to the [Proposed] Third Amended Complaint, Defendants will not oppose Plaintiffs' Motion for Leave to File [Proposed] Third Amended Complaint.  Defendants will have thirty (30) days from the Court's order filing the [Proposed] Third Amended Complaint pursuant to this stipulation to respond by answer or by motion to that complaint.

Dated:  October 22, 2007

| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>THOMAS GREENE<br>Chief Assistant Attorney General<br>KATHLEEN E. FOOTE<br>Senior Assistant General<br>NICOLE GORDON<br>Deputy Attorney General<br>SANGEETHA M. RAGHUNATHAN<br>Deputy Attorney General<br>EMILIO E. VARANINI<br>Deputy Attorney General<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>_____/s/_____<br>EMILIO E. VARANINI, ESQ.,<br><br>*Liaison Counsel for Plaintiff States* | MICHAEL F. TUBACH, ESQ.<br>STEVEN H. BERGMAN, ESQ,<br>JANE Y. CHANG, ESQ.<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br><br><br>_____/s/_____<br><br>STEVEN H. BERGMAN, ESQ.,<br><br>*Attorneys for Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. and, for purposes of this stipulation only, signing on behalf of all other defendants* |

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED THAT the [~~PROPOSED~~] THIRD AMENDED COMPLAINT be filed.  Defendants shall have thirty (30) days from the date this order is filed to respond to the Complaint by answer or by motion.

Dated: October 24, 2007



IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
Judge