TALIS J. COLBERG
Alaska Attorney General
Clyde E. Sniffen, Jr.(AK Bar # 8906036)
Senior Assistant Attorney General
Admitted *Pro Hac Vice*
  1031 W. 4th Avenue #200
  Anchorage, AK  99501
  (907) 269-5200 – (tel)
  (866) 276-8554 – (fax)
Ed.Sniffen@Alaska.gov

Attorneys for Plaintiff, State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA et al.,**<br><br>                  **Plaintiffs,**<br><br>     v.<br><br>**INFINEON TECHNOLOGIES AG et al.,**<br>                  **Defendants.** | Case No.: C 06-4333 PJH<br><br>**PLAINTIFF STATE OF ALASKA'S NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |

Plaintiff, State of Alaska, pursuant to Fed. R. Civ. P. 41(A), hereby dismisses without prejudice the claims asserted by Plaintiff, State of Alaska, in the above entitled action against the following defendants: Infineon Technologies AG; Infineon Technologies North America Corp.; Hynix Semiconductor, Inc.; Hynix Semiconductor America, Inc.; Micron Technology, Inc.; Micron Semiconductor Products, Inc.; Mosel Vitelic, Inc.; Mosel Vitelic Corp.; Nanya Technology Corporation; Nanya Technology Corporation USA, Inc.; Elpida Memory, Inc.; Elpida Memory (USA) Inc.; and NEC Electronics America, Inc.

Pursuant to Fed. R. Civ. P. 41(A)(1) "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." Here, Defendants have not served Plaintiff, State of Alaska, with an answer or a motion for summary judgment.

Moreover, pursuant to Fed. R. Civ. P. 23(E), court approval and notice of voluntary dismissal are required only of a "certified class." Here, a class has not been certified.

Respectfully Submitted,

TALIS J. COLBERG
Attorney General, State of Alaska

_____/s/_____
By: Clyde E. Sniffen, Jr.(AK Bar #8906036)
*Appearing Pro Hac Vice*
Senior Assistant Attorney General
1031 W. 4th Avenue #200
Anchorage, AK  99501
(907) 269-5200 – (tel)
(866) 276-8554 – (fax)

11/14/07

