| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 2 | KATHLEEN E. FOOTE – Cal Bar No. 65819<br>Senior Assistant Attorney General |
| 3 | NICOLE S. GORDON – Cal Bar No. 224138<br>Deputy Attorney General |
| 4 | SANGEETHA RAGHUNATHAN – California Bar No. 229129<br>Deputy Attorney General |
| 5 | EMILIO E. VARANINI – Cal Bar No. 163952<br>Deputy Attorney General |
| 6 | 455 Golden Gate Avenue<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 703-5555<br>Fax: (415) 703-5480 |
| 8 | Email: emilio.varanini@doj.ca.gov |
| 9 | Attorneys for Plaintiffs |
| 10 | Michael I. Spiegel – California Bar No. 32651<br>Wayne M. Liao –  California Bar No. 66591 |
| 11 | Charles M. Kagay – California Bar No. 73377<br>SPIEGEL LIAO & KAGAY, LLP |
| 12 | 388 Market Street, Suite 900<br>San Francisco, California 94111 |
| 13 | Telephone: (415) 956-5959<br>Fax: (415) 362-1431 |
| 14 | E-Mail: cmk@slksf.com |
| 15 | Attorneys for the State of California |
| 16 | GARY K. KING<br>Attorney General of the State of New Mexico |
| 17 | DEYONNA YOUNG - NM Bar No. 2980<br>Assistant Attorney General |
| 18 | 111 Lomas Blvd NW, Suite 300<br>Albuquerque, NM 87102 |
| 19 | Telephone: (505) 222-9089<br>Fax: (505) 222-9086 |
| 20 | E-Mail: DYoung@ago.state.us |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG et al.,<br><br>Defendants. | Case No. C 06-4333 PJH<br>Related to MDL. No. 1486<br><br>(Proposed) Order Granting Motion for the Certification of California and New Mexico Governmental Entity Classes |

The motion of Plaintiffs the State of California, the City and County of San Francisco, the County of Santa Clara, and the Los Angeles Unified School District for an order certifying a class of governmental entities within the State of California, and the motion of Plaintiffs the State of New Mexico and the County of Sandoval for an order certifying a class of governmental entities within the State of New Mexico, came before this Court for hearing on March 12, 2008. Having considered the papers filed in favor of and against these motions, and the oral arguments of counsel, the Court finds that these proposed classes meet all of the applicable requirements of Federal Rule of Civil Procedure 23 and hereby GRANTS these motions.

The Court certifies the following class to be represented by Plaintiffs the State of California, the City and County of San Francisco, the County of Santa Clara, and the Los Angeles Unified School District:

> a class of all public entities within the State of California other than the federal government, including the University of California, the State Bar of California, county governments, municipal governments, public school systems (including elementary school districts, high school districts, and community college districts but excluding charter schools), special district governments independent of the county and city governments, and statutorily-established fair associations.

The Court certifies the following class to be represented by Plaintiffs the State of New Mexico and the County of Sandoval:

> a class of all public entities within the State of New Mexico other than the federal government, including county governments, municipal governments, public school systems, state-operated colleges and universities, and special district governments.

The Court further appoints the California Attorney General's Office, and in particular Emilio Varanini, and Spiegel Liao & Kagay, and in particular Michael Spiegel, Charles Kagay, and Wayne Liao, to be Class Counsel on behalf of the California class.

The Court further appoints the New Mexico Attorney General's Office, and in

particular Deyonna Young, to be Class Counsel on behalf of the New Mexico class.

**IT IS SO ORDERED:**

Date:

                                                                         _____
                                                                         Hon. Phyllis J. Hamilton
                                                                         United States District Court Judge