UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

       Plaintiffs,

      v.

INFINEON TECHNOLOGIES AG, et al.,

       Defendants.
_____/

No. C 06-4333 PJH

**ORDER SEALING DOCUMENT**

    Before the court is certain defendants' judgment sharing agreement, submitted for in camera review in conjunction with plaintiff States' motion to void certain defendants' agreement.

    Good cause appearing, the court hereby ORDERS that the judgment sharing agreement be, and hereby is, filed under seal.

**IT IS SO ORDERED.**

Dated: November 29, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge