EDMUND G. BROWN JR.
Attorney General of the State of California
THOMAS GREENE
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
NICOLE GORDON
Deputy Attorney General (State Bar No. 224138)
SANGEETHA M. RAGHUNATHAN
Deputy Attorney General (State Bar No. 229129)
EMILIO E. VARANINI
Deputy Attorney General (State Bar No. 163952)
    455 Golden Gate Avenue
    San Francisco, California 94012
    Telephone: (415) 703-5908
    Fax: (415) 703-5480
    Email: Emilio.Varanini@doj.ca.gov

Attorneys for Plaintiff States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA et al.**,<br>                            Plaintiffs,<br>v.<br>**INFINEON TECHNOLOGIES AG et al.**,<br>                            Defendants.<br><br>**THIS DOCUMENT RELATED TO:**<br>**ALL AG ACTIONS** | Case No.: C 06 4333 PJH<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PARTIES' BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |

    On November 27, 2007, Defendants Nanya Technology Corp. and Nanya Technology USA (collectively "Nanya"), NEC Electronics America, Inc. ("NEC"), Mosel Vitelic Inc. and Mosel Vitelic Corp. (collectively "Mosel"), Infineon Technology AG and Infineon Technology North America Corp. (collectively "Infineon"), Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. (collectively "Hynix"), Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively "Micron"), and Elpida Memory, Inc. and Elpida Memory (USA) Inc. (collectively "Elpida"), filed a Notice of Motion and Motion to Dismiss For Failure to State A

Claim Upon Which Relief Can Be Granted. The original briefing schedule and hearing date were as follows:

 Deadline to file opposition to motion to dismiss: December 26, 2007

 Deadline to file reply: January 2, 2008

 Hearing date: January 16, 2008, 9:30 AM

 Representatives of the plaintiff States and defendants have met-and-conferred, and have agreed to a proposed modification of the schedule in light of counsel and the parties' schedules during the holiday season. The parties have therefore stipulated, and propose to the Court, that the original dates be modified as follows:

 Deadline to file opposition to motion to dismiss: January 9, 2008

 Deadline to file reply: January 30, 2008

 Hearing date: February 27, 2008, 9:00 AM ~~9:30~~

Dated: December 18, 2007

| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>THOMAS GREENE<br>Chief Assistant Attorney General<br>KATHLEEN E. FOOTE<br>Senior Assistant General<br>NICOLE GORDON<br>Deputy Attorney General<br>SANGEETHA M. RAGHUNATHAN<br>Deputy Attorney General<br>EMILIO E. VARANINI<br>Deputy Attorney General<br>455 Golden Gate Avenue<br>San Francisco, CA 94102 | MICHAEL F. TUBACH, ESQ.<br>STEVEN H. BERGMAN, ESQ,<br>JANE Y. CHANG, ESQ.<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br><br>   /s/<br>STEVEN H. BERGMAN, ESQ.,<br><br>*Attorneys for Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. and, for purposes of this stipulation only, signing on behalf of all other defendants* |

   /s/
EMILIO E. VARANINI, ESQ.,

*Liaison Counsel for Plaintiff States*

I, Nicole Gordon, attest that concurrence in the filing of the document has been obtained from each of the other signatories.

   /s/
Nicole Gordon
Deputy Attorney General for the State of California

Joint Stip. and [Proposed] Order Re Briefing Sched. For Mot. to Dismiss Case No. M-06-4333 PJH - M-02-1486 PJH

2

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED THAT the briefing schedule for Defendants' Motion to Dismiss For Failure to State A Claim Upon Which Relief Can Be Granted be modified as follows:

Deadline to file opposition to motion to dismiss: January 9, 2008

Deadline to file reply: January 30, 2008

Hearing date: February 27, 2008, 9:00 AM

Dated: December 21, 2007

PHYLLI[S J. HAMILTON]
United St[ates District Judge]



Joint Stip. and [Proposed] Order Re Briefing Sched. For Mot. to Dismiss Case No. M-06-4333 PJH - M-02-1486 PJH