1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  JAMES HUMES
   Chief Deputy Attorney General
3  JANET GAARD
   Chief Assistant Attorney General
4  KATHLEEN E. FOOTE  (Bar No. 65819)
   Senior Assistant Attorney General
5  NICOLE S. GORDON  (Bar No. 224138)
   Deputy Attorney General
6  SANGEETHA M. RAGHUNATHAN
   (Bar No. 229129)
7  Deputy Attorney General
   EMILIO E. VARANINI  (Bar No. 163952)
8  Deputy Attorney General
   455 Golden Gate Avenue
9  San Francisco, California 94102
   Telephone: (415) 703-5908
10 Fax: (415) 703-5480
   emilio.varanini@doj.ca.gov
11
   *Liaison Counsel for Plaintiff States*

12 ANDREW CUOMO                                       JAMES G. KREISSMAN (Bar No. 206704)
   Attorney General of the State of New York          jkreissman@stblaw.com
13 JAY L. HIMES                                       HARRISON J. FRAHN IV (Bar No. 206822)
   Bureau Chief, Antitrust Bureau                     hfrahn@stblaw.com
14 RICHARD L. SCHWARTZ                                GABRIEL N. RUBIN (Bar No. 241659)
   Assistant Attorney General                         grubin@stblaw.com
15 JEREMY R. KASHA                                    SIMPSON THACHER & BARTLETT LLP
   Assistant Attorney General                         2550 Hanover Street
16 Office of the New York Attorney General            Palo Alto, CA 94304
   120 Broadway, 26th Floor                           Telephone: (650) 251-5000
17 New York, New York 10271                           Facsimile: (650) 251-5002
   Telephone: (212) 416-8262
18 Facsimile: (212) 416-6015                          *Attorneys for Defendants Elpida Memory Inc.
                                                      and Elpida Memory (USA) Inc.*
19 *Attorneys for Plaintiff State of New York*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA et al., | Case No. C 06-4333 PJH |
| Plaintiffs, | Case No. C-06-6436 PJH |
| v. | Master File No. M-02-1486 PJH<br>MDL No. 1486 |
| INFINEON TECHNOLOGIES AG et al., | |
| Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF MARCH 28, 2008 DISCOVERY CONFERENCE** |
| and | |

Stipulation and [Proposed] Order Regarding Continuance of March 28, 2008 Discovery Conference  Case Nos. C-06-4333, C-06-6436

1

STATE OF NEW YORK,

Plaintiff,

v.

MICRON TECHNOLOGY, INC., et al.,

Defendants.

WHEREAS, the Court continued the February 28, 2008 discovery conference for 30 days in its February 26, 2008 Order Regarding Continuance.

WHEREAS, the parties are meeting-and-conferring presently about various discovery issues. The parties are not currently seeking the Court's resolution of any disputes and believe that the March 28, 2008 discovery conference can be continued.

Plaintiff States and Defendants have stipulated and agreed as follows:

1. The parties stipulate to continuing the March 28, 2008 discovery conference for 30 days, or a date more convenient for the Court.

DATED: March 24, 2008

Respectfully submitted,

| | |
|---|---|
| EDMUND G. BROWN JR. | ANDREW CUOMO |
| Attorney General of the State of California | Attorney General of the State of New York |
| JAMES HUMES | JAY L. HIMES |
| JANET GAARD | JEREMY R. KASHA |
| KATHLEEN E. FOOTE | |
| NICOLE S. GORDON | |
| SANGEETHA R. RAGHUNATHAN | /S/ |
| | RICHARD L. SCHWARTZ |
| /S/ | Assistant Attorney General |
| EMILIO E. VARANINI | |
| Deputy Attorney General | |
| | *Attorneys for Plaintiff State of New York* |
| *Liaison Counsel for Plaintiff States* | |

Stipulation and [Proposed] Order Regarding Continuance of March 28, 2008 Discovery Conference  Case Nos. C-06-4333, C-06-6436

2

SIMPSON THACHER & BARTLETT LLP

      /S/
  Harrison J. Frahn IV

*Attorneys for Defendants*
ELPIDA MEMORY
(USA) INC., ELPIDA MEMORY, INC.,
*and signing on behalf of Defendants*
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR INC.,
MICRON TECHNOLOGY, INC., MICRON
SEMICONDUCTOR PRODUCTS, INC.,
INFINEON TECHNOLOGIES NORTH
AMERICA CORP., INFINEON
TECHNOLOGIES AG, MOSEL VITELIC INC.,
MOSEL VITELIC CORPORATION, NANYA
TECHNOLOGY CORPORATION USA and
NEC ELECTRONICS AMERICA, INC

Stipulation and [Proposed] Order Regarding Continuance of March 28, 2008 Discovery Conference  Case Nos. C-06-4333, C-06-6436

3

ATTESTATION OF FILING

Pursuant to General Order No. 45 §§ X(B), I hereby attest that I have obtained concurrence in the filing of the Stipulation and [Proposed] Order Regarding Continuance of March 28, 2008 Discovery Conference from all of the Defendants listed in the signature block above.

By: _____/S/_____

Emilio E. Varanini

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

~~Dated: March ___, 2008~~ The Discovery Conference is continued to April 25, 2008 at 1:30 p.m. The parties shall submit an updated cmc statement by April 18, 2008.

Dated: March 25, 2008

JOSEPH C. SPERO
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero

Stipulation and [~~Proposed~~] Order Regarding Continuance of March 28, 2008 Discovery Conference  Case Nos. C-06-4333, C-06-6436

4