| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 2 | KATHLEEN E. FOOTE – Cal Bar No. 65819<br>Senior Assistant Attorney General |
| 3 | NICOLE S. GORDON – Cal Bar No. 224138<br>Deputy Attorney General |
| 4 | SANGEETHA M. RAGHUNATHAN – Cal Bar No. 229129<br>Deputy Attorney General |
| 5 | EMILIO E. VARANINI – Cal Bar No. 163952<br>Deputy Attorney General |
| 6 | 455 Golden Gate Avenue<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 703-5555<br>Fax: (415) 703-5480 |
| 8 | E-Mail: emilio.varanini@doj.ca.gov |
| 9 | Attorneys for Plaintiffs |
| 10 | Michael I. Spiegel – Cal Bar No. 32651<br>Wayne M. Liao – Cal Bar No. 66591 |
| 11 | Charles M. Kagay – Cal Bar No. 73377<br>SPIEGEL LIAO & KAGAY, LLP |
| 12 | 388 Market Street, Suite 900<br>San Francisco, California 94111 |
| 13 | Telephone: (415) 956-5959<br>Fax: (415) 362-1431 |
| 14 | E-Mail: cmk@slksf.com |
| 15 | Attorneys for the State of California |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE STATE OF CALIFORNIA et al., | | Case No. C 06-4333 PJH<br>Related to MDL No. 1486 |
| | Plaintiffs, | |
| v. | | **Stipulation and [Proposed] Order to Allow Filing of Errata to the Expert Reply Report of Dr. Kenneth Flamm in Support of Motions for the Certification of Governmental Entity Classes** |
| INFINEON TECHNOLOGIES AG et al., | | |
| | Defendants. | |

---

1

Stipulation and [Proposed] Order to Allow Filing of Errata to Expert Reply Report of Dr. Kenneth Flamm
Case No. C 06-4333 PJH (MDL-1486)

Plaintiffs the State of California, the City and County of San Francisco, the County of Santa Clara, the Los Angeles Unified School District, the State of New Mexico and the County of Sandoval (hereinafter collectively referred to as "Class Representatives") and defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc., on behalf of all defendants, stipulate and agree that Class Representatives may file the Errata to the Expert Reply Report of Dr. Kenneth Flamm in Support of Motions for the Certification of Governmental Entity Classes, a true and correct copy of which is attached hereto and designated Exhibit A.

Dated: April 9, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California
KATHLEEN E. FOOTE
Senior Assistant Attorney General
EMILIO E. VARANINI
Deputy Attorney General
NICOLE S. GORDON
Deputy Attorney General
SANGEETHA RAGHUNATHAN
Deputy Attorney General

Attorneys for Plaintiffs

SPIEGEL LIAO & KAGAY, LLP

By:   /s/ Charles M. Kagay
      Charles M. Kagay
      Attorneys for the State of California

By:   /s/ Steven H. Bergman
      Steven H. Bergman
      O'Melveny & Myers LLP
      Counsel for Defendants:
      Hynix Semiconductor, Inc. and
      Hynix Semiconductor America, Inc.

I, Charles M. Kagay, attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By:   /s/ Charles M. Kagay
      Charles M. Kagay

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES IS IT SO ORDERED.

Dated: April __15__, 2008

IT IS SO ORDERED

Judge Phyllis J. Hamilton

_____
United States District Court Judge

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KATHLEEN E. FOOTE – Cal Bar No. 65819
   Senior Assistant Attorney General
3  NICOLE S. GORDON – Cal Bar No. 224138
   Deputy Attorney General
4  SANGEETHA M. RAGHUNATHAN – Cal Bar No. 229129
   Deputy Attorney General
5  EMILIO E. VARANINI – Cal Bar No. 163952
   Deputy Attorney General
6      455 Golden Gate Avenue
       San Francisco, California   94102
7      Telephone: (415) 703-5555
       Fax: (415) 703-5480
8      E-Mail: emilio.varanini@doj.ca.gov

9  Attorneys for Plaintiffs

10 Michael I. Spiegel – Cal Bar No. 32651
   Wayne M. Liao –     Cal Bar No. 66591
11 Charles M. Kagay – Cal Bar No. 73377
   SPIEGEL LIAO & KAGAY, LLP
12     388 Market Street, Suite 900
       San Francisco, California   94111
13     Telephone:  (415) 956-5959
       Fax: (415) 362-1431
14     E-Mail: cmk@slksf.com

15 Attorneys for the State of California

16                IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18 | THE STATE OF CALIFORNIA et al., | Case No. C 06-4333 PJH
19 |                                 | Related to MDL No. 1486
   |                      Plaintiffs,|
20 | v.                              | **Errata to the Expert Reply Report of Dr. Kenneth Flamm in Support of Motions for the Certification of Governmental Entity Classes**
21 | INFINEON TECHNOLOGIES AG et al.,|
   |                      Defendants.|
22

23

24

On March 19, 2008, plaintiffs the State of California, the City and County of San Francisco, the County of Santa Clara, the Los Angeles Unified School District, the State of New Mexico and the County of Sandoval filed the Expert Reply Report of Dr. Kenneth Flamm in Support of Motions for the Certification of Governmental Entity Classes. Following the filing of the Expert Reply Report, Dr. Flamm discovered that the report contains several typographical errors that should be corrected. These errors and their corresponding corrections are as follows:

1. Page 7, footnote 3, lines 1-2, which state "Steven Appleton, CEO of Micron Technology, testifying before the U.S. International Trade Commission on **June 23, 2003**", should be corrected to state "Steven Appleton, CEO of Micron Technology, testifying before the U.S. International Trade Commission on **June 24, 2003**".

2. Page 7, footnote 3, lines 6-8, which state "Farhad Tabrizi of Hynix, testifying on **June 23, 2002**: 'On an average, we can reduce the cost or price by about 40 percent per year.'  USITC Hearing of **June 23, 2002**, at page 255, lines 14-16 ", should be corrected to state "Farhad Tabrizi of Hynix, testifying on **June 24, 2003**: 'On an average, we can reduce the cost or price by about 40 percent per year.'  USITC Hearing of **June 24, 2003**, at page 255, lines 14-16 ."

3. Page 24, line 3, which states "PCs – would not have been perfectly **elastic**", should be corrected to state "PCs – would not have been perfectly **inelastic**".

4. Page 32, lines 21-22, which state "It is indeed much larger than producers' **gross** profit margins on these DRAM-using products", should be corrected to state "It is indeed much larger than producers' **net** profit margins on these DRAM-using products".

5. Page 43, in the table entitled "Low and High End Entities in California Use Similar Purchase Mechanisms for IT Products," the entry "Highway Patrol Districts" (the sixth entry in the first column) should be followed immediately by a footnote which states "CA Highway Patrol procurement is not identifiable by district in reports reviewed."

6. Page 44, in the table entitled "Low and High End Entities in New Mexico Use Similar Purchase Mechanisms for IT Products," the entry "State Police" (the sixth entry in

2

the first column) should be followed immediately by a footnote which states "NM State Police procurement is not identifiable by district in reports reviewed."

7. Page 44, line 24, which states "**(Tab 13)**", should be corrected to state "**(Tab 13 and backup materials at Tab 13a WSCA-Alpine-Lassen comparison.xls and Tab 13b WSCA-examples.xls)**".

8. Tab 1, p. 1, lines 3-4, which state "From testimony under penalty of perjury at US International Trade Commission hearing, Washington, **June 23, 2003**", should be corrected to state "From testimony under penalty of perjury at US International Trade Commission hearing, Washington, **June 24, 2003**."

Dated: April 9, 2008

        EDMUND G. BROWN JR.
        Attorney General of the State of California
        KATHLEEN E. FOOTE
        Senior Assistant Attorney General
        EMILIO E. VARANINI
        Deputy Attorney General
        NICOLE S. GORDON
        Deputy Attorney General
        SANGEETHA RAGHUNATHAN
        Deputy Attorney General

        Attorneys for Plaintiffs

        SPIEGEL LIAO & KAGAY, LLP

        By:   /s/ Charles M. Kagay
               Charles M. Kagay
               Attorneys for the State of California