WILLIAM H. SORRELL
Vermont Attorney General
Jennifer A. Giaimo (Vt. Bar #4475)
Assistant Attorney General
Admitted *Pro Hac Vice*
    109 State Street
    Montpelier, Vermont 05609-1001
    Telephone: (802) 828-5621
    Facsimile: (802) 828-5341
    Email: jgiaimo@atg.state.vt.us

Attorneys for Plaintiff, State of Vermont

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES, AG, et al.,<br><br>                              Defendants. | Case No.: C 06-4333 PJH<br><br>**PLAINTIFF STATE OF VERMONT'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, State of Vermont, pursuant to Fed. R. Civ. P. 41(a), hereby dismisses without prejudice the claims asserted by Plaintiff, State of Vermont, in the above entitled action against the following defendants: Infineon Technologies AG; Infineon Technologies North America Corp.; Hynix Semiconductor, Inc.; Hynix Semiconductor America, Inc.; Micron Technology, Inc.; Micron Semiconductor Products, Inc.; Mosel Vitelic, Inc.; Mosel Vitelic Corporation; Nanya Technology Corporation; Nanya Technology Corporation USA, Inc.; Elpida Memory, Inc.; Elpida Memory (USA) Inc.; and NEC Electronics America, Inc.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), a "plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41(a)(1)(B) further provides that "the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Here, Defendants have not served Plaintiff, State of Vermont, with an answer or a motion for summary judgment.

Moreover, pursuant to Fed. R. Civ. P. 23(e), court approval and notice of voluntary dismissal are required only of a "certified class." The State of Vermont's claims are not on behalf of a certified class.

WHEREFORE the Plaintiff, State of Vermont, voluntarily dismisses its claims without prejudice.

Respectfully submitted this 25th day of April, 2008.

        STATE OF VERMONT

        WILLIAM H. SORRELL
        Attorney General of Vermont

By:   /s/ Jennifer A. Giaimo
      JENNIFER A. GIAIMO
      Assistant Attorney General
      Attorney General's Office
      109 State Street
      Montpelier, VT 05609-1001
      Telephone: (802) 828-5621

4/28/08



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA