KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
STEVEN H. BERGMAN (S.B. #180542)
sbergman@omm.com
JANE Y. CHANG (S.B. #241890)
jchang@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
275 Battery St.
San Francisco, CA  94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Defendants*
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG et al.,<br>Defendants. | Master File No. M-02-1486 PJH<br>MDL. No. 1486<br>Case No. C 06-4333 PJH<br><br>Assigned for all purposes to the<br>Hon. Phyllis J. Hamilton<br><br>**JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING DEFENDANTS' RESPONSE DATE TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

1    Plaintiffs and Defendants Elpida Memory, Inc. and Elpida Memory (USA)
2  Inc. (collectively "Elpida"), Infineon Technologies AG and Infineon Technologies North
3  America Corp. (collectively "Infineon"), Hynix Semiconductor Inc. and Hynix
4  Semiconductor America Inc. (collectively "Hynix"), Micron Technology, Inc. and Micron
5  Semiconductor Products, Inc. (collectively "Micron"), Mosel Vitelic Inc. and Mosel
6  Vitelic Corp. (collectively "Mosel"), Nanya Technology Corp. and Nanya Technology
7  Corp. USA (collectively "Nanya"), and NEC Electronics America, Inc., by and through
8  their counsel, jointly submit this stipulation regarding Defendants' response, whether by
9  answer or motion, to Plaintiffs' Third Amended Complaint filed with the Court on
10 November 7, 2007.

12    WHEREAS, the Court issued an order on April 15, 2008 granting in part
13 and denying in part Defendants' Motion to Dismiss; and

15    WHEREAS, the Defendants' response, whether by answer or motion, to
16 Plaintiffs' Third Amended Complaint is currently due on April 29, 2008.

18    THEREFORE, IT IS HEREBY STIPULATED by the parties, by and
19 between their counsel and subject to Court approval, that without waiving the right to
20 assert any and all defenses available to Defendants, Defendants will respond to the Third
21 Amended Complaint, whether by answer or motion, by May 13, 2008.

23 //

25 //

27 //

JOINT STIPULATION AND
[PROPOSED] ORDER;
CASE NO. C 06-4333 PJH; MDL NO. 1486

Dated:    April 25, 2008

| | |
|---|---|
| EDMUND G. BROWN, JR.<br>Attorney General of the State of California<br>THOMAS GREENE<br>KATHLEEN E. FOOTE<br>EMILIO E. VARANINI | O'MELVENY & MYERS LLP<br>KENNETH R. O'ROURKE.<br>MICHAEL F. TUBACH<br>STEVEN H. BERGMAN<br>JANE Y. CHANG |
| By:    */s/ Emilio E. Varanini*<br>         Emilio E. Varanini | By:    */s/ Steven H. Bergman*<br>         Steven H. Bergman |
| Liaison Counsel for Plaintiff States | *Attorneys for Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. and, for purposes of this stipulation only, signing with permission of all other defendants* |

## ATTESTATION OF FILING

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Joint Stipulation and [Proposed] Order Regarding Defendants' Response Date to Plaintiffs' Third Amended Complaint from all of the parties listed in the signature blocks above.

By:    */s/ Steven H. Bergman*
        Steven H. Bergman

1  **[~~PROPOSED~~] ORDER**

2  Pursuant to the Stipulation of the parties, the Court hereby orders that Defendants

3  shall respond to the Third Amended Complaint in *State of California v. Infineon*

4  *Technologies AG*, Case No. C-06-4333 PJH, by answer or by motion, by May 13, 2008.

6  Dated: ~~April~~ MAY 2 ____, 2008



PHYLLIS J. HAMILTON
United States District Judge

11  LA2:859480.1