EDMUND G. BROWN JR.
Attorney General of the State of California
JANET GAARD
Assistant Chief Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
NICOLE GORDON
Deputy Attorney General
State Bar No. 224138
SANGEETHA RAGHUNATHAN
Deputy Attorney General
State Bar No. 229129
EMILIO VARANINI
Deputy Attorney General
State Bar No. 163952
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-3664
   Telephone: (415) 703-5562
   Fax: (415) 703-5480
   Email: emilio.varanini@doj.ca.gov

Attorneys for Plaintiff States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE STATE OF CALIFORNIA, et al.,**<br><br>                           Plaintiffs,<br><br>v.<br><br>**INFINEON TECHNOLOGIES AG, et al.,**<br><br>                           Defendants. | Case No. C 06-4333 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIMING OF PLAINTIFF STATES' RESPONSE TO DEFENDANTS' ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEFENDANTS' OPPOSITION TO PLAINTIFF STATES' RESPONSE** |

       Plaintiff States and Defendants Nanya Technology Corp. and Nanya Technology USA (collectively "Nanya"), Mosel Vitelic inc. and Mosel Vitelic Corp. (collectively "Mosel"), Infineon Technology AG and Infineon Technology North America Corp. (collectively "Infineon"), Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. (collectively "Hynix"), Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively "Micron"),Elpida Memory, Inc. and Elpida Memory (USA) Inc. (collectively "Elpida") and NEC

1  Electronics America, Inc. by and through their counsel, jointly submit this stipulation regarding
2  the timing of (i) Plaintiff States' responses to Defendants' Answer to Plaintiffs' Third Amended
3  Complaint and (ii) Defendants' Opposition to Plaintiff States' responses.
4      IT IS HEREBY STIPULATED by and between the parties and their counsel, subject to
5  the approval of the Court, that the date for the States' Response to Defendants' Answer to
6  Plaintiffs' Third Amended Complaint shall be extended 30 (thirty) days from June 2, 2008 to
7  July 2, 2008 and that the date for Defendants' Opposition to the States' Response to Defendants'
8  Answer to Plaintiffs' Third Amended Complaint shall likewise be extended 30 (thirty) days.

Dated: May 30, 2008

| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>JANET GAARD<br>Chief Assistant Attorney General<br>KATHLEEN E. FOOTE<br>Senior Assistant Attorney General<br>NICOLE GORDON<br>Deputy Attorney General<br>SANGEETHA RAGHUNATHAN<br>Deputy Attorney General<br>EMILIO E. VARANINI<br>Deputy Attorney General<br>455 Golden Gate Avenue<br>San Francisco, CA 94102 | JOEL S. SANDERS<br>G. CHARLES NIERLICH<br>JOSHUA D. HESS<br>GIBSON, DUNN & CRUTCHER LLP<br>1 Montgomery Street<br>San Francisco, CA 94104<br><br>_____/s/_____<br><br>JOSHUA D. HESS, ESQ.,<br><br>*Attorneys for Micron Technology Inc. and Micron Semiconductor Products Inc. and, for purposes of this stipulation only, signing on behalf of all other defendants* |

_____/s/_____
EMILIO E. VARANINI, ESQ.

*Liaison Counsel for Plaintiff States*

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: June  3  , 2008



## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **State of California et al, v. Infineon Technologies AG et al.**

No.:           **C-06-4333 PJH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 30, 2008, I served the attached **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIMING OF PLAINTIFF STATES' RESPONSE TO DEFENDANTS' ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND DEFENDANTS' OPPOSITION TO PLAINTIFF STATES' RESPONSE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Harrison Frahn, IV, Esq.**
Simpson Thacher
2550 Hanover Street
Palo Alto, CA 94304-1115
Phone: 650-251-5000
Fax: 650-251-5002
email: hfrahn@stblaw.com
Attorneys for Elpida Memory, Inc.
and Elpida Memory (USA) Inc.

**Michael F. Tubach, Esq.**
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Phone: 415-984-8876
Fax: 415-984-8701
email: mtubach@omm.com
Attorneys for Defendant Hynix Semiconductor America

**Steve H. Bergman, Esq.**
**Kenneth Ryan O'Rourke, Esq.**
**Jane Y. Chang, Esq.**
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-7653
Fax: 213-430-6407
Email: sbergman@omm.com
  korourke@omm.com
  jchang@omm.com
Attorneys for Hynix Semiconductor, Inc.

**Florence Beauboeuf, Esq.**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
Phone: 212-326-4486
Fax: 212-326-2061
Email: fbeauboeuf@omm.com
Attorneys for Hynix Semiconductor, Inc.

**Joshua Stewart Stambaugh, Esq.**
**Julian Brew, Esq.**
Kaye Scholer, LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles CA 90067-6048
Phone: 310-788-1244
Fax: 310-788-1205
Email: jstambaugh@kayescholer.com
Email: jbrew@kayescholer.com
Attorneys for Infineon Technologies North America Corp.
and Infineon Technologies AG

**Howard M. Ullman, Esq.**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Phone: 415-773-5652
Fax: 415-773-5759
email: hullman@orrick.com
Attorneys for Nanya Technology Corp.
and Nanya Technology Corp. USA

**Paul R. Griffin, Esq.**
**Jonathan E. Swartz, Esq.**
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Phone: 415-371-1200
Fax: 415-371-1211
email: pgriffin@thelenreid.com
       jswartz@thelenreid.com
Attorneys for NEC Electronics America,

**Gary L. Halling, Esq.**
Sheppard Mullin Richter & Hampton
Four Embarcadero Ctr., 17th Fl.
San Francisco, CA 94111
Phone: 415-774-3234
Fax: 415-371-1211
email: ghalling@sheppardmullin.com
Attorneys for Samsung Electronics America, Inc.

**Steven H. Morrissett, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Phone: 650-849-6624
Fax: 650-849-6666
email: morrissett@finnegan.com
Attorneys for Winbond Electronics Corp. America

**Joshua David Hess, Esq.**
**G. Charles Nierlich, Esq.**
**Joel Sanders, Esq.**
Gibson, Dunn & Crutcher
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Phone: 415-393-8200
Fax: 415-986-5309
Email: jhess@gibsondunn.com
Email: cnierlich@gibsondunn.com
Email: jsanders@gibsondunn.com
Attorneys for Micron Technology, Inc.
Semiconductor Products, Inc.

**Aaron M. Armstrong, Esq.**
**David C. Brownstein, Esq.**
Heller, Ehrman, White & McAuliffe
333 Bush Street, 30th Floor
San Francisco, CA 94104-2878
Phone: 415-772-6000
Fax: 415-772-6268
Email: aaron.armstrong@hellerehrman.com
　　　david.brownstein@hellerehrman.com
Attorneys for Mosel Vitelic, Inc.. and Mosel Vitelic, Inc.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 30, 2008, at San Francisco, California.

_____Debin Wang_____　　　　　　　_____[signature]_____
　　　　　　　　　　　　　　　　　　　　　　　　Signature