LIZBETH A. LEEDS
*Appearing Pro Hac Vice*
Florida Bar No.:00457991
Chief of Multistate Enforcement
ELI A. FRIEDMAN
Assistant Attorney General
Florida Bar No.:0518476
Office of the Attorney General
PL-01 The Capitol
Tallahassee, Florida 32399-1050
Telephone:  (850) 414-3300
Fax:        (850) 488-9134
Email:      Liz.Leeds@myfloridalegal.com
            Eli.Friedman@myfloridalegal.com

Attorneys for Plaintiff
STATE OF FLORIDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et. al*,<br><br>Plaintiffs,<br><br>vs.<br><br>INFINEON TECHNOLOGIES AG, *et. al.*,<br><br>Defendants. | Case No.:  C 06-4333 PJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF FLORIDA'S MOTION TO STRIKE** |

**ORDER**

Plaintiff State of Florida has moved to strike several of Defendants' Affirmative Defenses to the Plaintiffs' Third Amended Complaint. The Court, having reviewed the moving, opposition and reply papers, and all other papers in this action, finds that the State of Florida's Motion to Strike Elpida Memory, Inc.'s and Elpida Memory (USA) Inc.'s sixtieth

Affirmative Defense, Hynix's sixty-second Affirmative Defense, Infineon Technologies North American Corp. and Infineon Technologies AG's forty-third Affirmative Defense, Micron Technology Inc.'s and Micron Semiconductor Products, Inc.'s forty-third Additional Defense, Nanya Technology Corporation's Affirmative Defenses eleven and sixty-four, Nanya Technology Corporation USA's Affirmative Defenses eleven and sixty-four, and NEC Electronics America Inc.'s sixty-seventh and sixty-ninth Affirmative Defenses should be granted and the above Affirmative Defenses shall be stricken from the record.[1]

For the foregoing reasons, it is hereby **ORDERED** that Plaintiffs' Motion to Strike is **GRANTED**.

**IT IS SO ORDERED.**

HON. PHYLLIS J. HAMILTON
United States District Judge

---

[1] To the extent each Defendant has adopted the Affirmative Defenses hereby stricken, they shall be deemed stricken from that Defendant's Answer as well, including the Answers of Mosel Vitelic Inc. and Mosel Vitelic Corporation, to the extent they have pled the stricken Affirmative Defenses.