United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL., | Case No. C-06-04333 PJH (JCS) |
| Plaintiff(s), | **FURTHER DISCOVERY ORDER AND DENYING PLAINTIFFS' LETTER BRIEF RE: RENEWED MOTION TO COMPEL THE DEPOSITION OF STEVEN R. APPLETON [Docket No. 427]** |
| v. | |
| INFINEON TECHNOLOGIES AG, ET AL., | |
| Defendant(s). | |

On July 16, 2008, Plaintiff States filed a Joint Letter Brief Re: Renewed Motion to Compel the Deposition of Steven R. Appleton (the "Renewed Motion") [Docket No. 427].

On July 25, 2008, a further discovery conference was held and oral argument heard on the Renewed Motion.

For reasons stated on the record, IT IS HEREBY ORDERED THAT:

1. The Renewed Motion is DENIED.

2. The Court approved the interrogatories to be propounded to Plaintiffs. The interrogatories shall be served and answered within sixty (60) days.

3. A further discovery conference is set for **September 5, 2008, at 1:30 p.m.** At the next discovery conference the Plaintiffs shall give a date for completion of the damages survey, including analysis, and Defendants shall report on what additional discovery Defendants will seek regarding the survey.

4. An updated joint discovery conference statement shall be due by **August 29, 2008.**

5. A further discovery conference is set for **September 5, 2008, at 1:30 p.m.** The State of CA shall provide the Court with the call-in number and pass code by September 3, 2008.

1   IT IS SO ORDERED.

3   Dated: July 30, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

2