GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
G. CHARLES NIERLICH, SBN 196611
GNierlich@gibsondunn.com
JOSHUA D. HESS, SBN 244115
JHess@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
RJustice@gibsondunn.com
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone:    (415) 393-8200
Facsimile:    (415) 986-5309

Attorneys for Defendants
MICRON TECHNOLOGY, INC. AND
MICRON SEMICONDUCTOR PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INFINEON TECHNOLOGIES AG, et al. <br><br> Defendants. | Case No. C-06-04333 PJH <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF CALIFORNIA AND NEW MEXICO GOVERNMENTAL ENTITY CLASSES** <br><br> Date:     N/A <br> Time:    N/A <br> Place:    Courtroom 3, 17th floor <br> Judge:   Hon. Phyllis J. Hamilton |

The Administrative Motion of Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Infineon Technologies AG, Infineon Technologies North America Corporation, Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Mosel Vitelic Corporation, Mosel Vitelic Inc., Nanya Technology Corporation USA, Elpida Memory, Inc., Elpida Memory (USA) Inc., and NEC Electronics America, Inc. ("Defendants") to Submit Supplemental Authority in Support of Defendants' Opposition to Plaintiffs' Motion for Certification of California and New Mexico Governmental Entity Classes came before the above-captioned court, the Honorable Phyllis J. Hamilton presiding. Having considered the papers filed and served herein, and for good cause shown, IT IS HEREBY ORDERED as follows:

Defendants' Administrative Motion to Submit Supplemental Authority in Support of Defendants' Opposition to Plaintiffs' Motion for Certification of California and New Mexico Governmental Entity Classes is **GRANTED**. The Honorable William H. Alsup's Order Certifying Limited Direct-Purchaser Class and Denying Indirect Purchaser in *In re Graphics Processing Units Antitrust Litigation*, MDL No. 1826, Case No. C 06-07417 WHA, United States District Court for the Northern District of California, filed on July 18, 2008, attached as Exhibit 1 to the Declaration of G. Charles Nierlich in Support of Defendants' Administrative Motion to Submit Supplemental Authority in Support of Defendants' Opposition to Plaintiffs' Motion for Certification of California and New Mexico Governmental Entity Classes, is hereby submitted.

**IT IS SO ORDERED.**

Dated: 8/13/08

_____
Honorable
Judge United
Northern Di

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*