United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION, _____/ This Document Relates to: THE STATE OF CALIFORNIA, ET AL.,         Plaintiffs,     v. INFINEON TECHNOLOGIES AG, ET AL.,         Defendants. _____/ STATE OF NEW YORK,         Plaintiff,     v. MICRON TECHNOLOGY, INC., ET AL.,         Defendants. _____/ | Master File No. M-02-01486 PJH (JCS) MDL No. 1486 Case No. C-06-04333 PJH (JCS) **ORDER FOLLOWING SEPTEMBER 5, 2008 DISCOVERY CONFERENCE** Case No. C-06-06436 PJH (JCS) |

The Court held a further discovery conference on September 5, 2008. The following counsel appeared: Emilio Varanini (State of California), Timothy Nord (State of Illinois), Lizabeth Leeds (State of Florida), Nancy Bonnell (State of Arizona), Richard Schwartz (State of New York), Steven Bergman (Hynix), Gabriel Rubin (Elpida), Jane Chang (Hynix), David Brownstein (Mosel), Sangee Ragunathan (State of Florida), Blake Harrop (State of Illinois), John Tennis (State of

Maryland), Jonathan Swartz (NEC Electronics), G. Charles Nierlich (Micron), and Howard Ullman (Nya Technology) .

For the reasons stated on the record, with the agreement of counsel, and good cause appearing, it is hereby ordered as follows:

1. The plaintiffs shall complete the collection of all data to be used in their damages survey, along with the creation of a database using that data, not later than October 31, 2008. All gathered information, along with the data that has been inputted into the database, shall also be produced to defendants not later than October 31, 2008.

2. Not later than January 31, 2009, defendants shall complete the following discovery:

   a. A rule 30 (b) (6) deposition of Macro International regarding the collection of information and data in the survey and assembly of that data into a database, along with communications with the surveyed entities, and production of documents related to these items; and

   b. Rule 30 (b) (6) depositions of 10 entities that have either failed to respond to the survey or have responded that they have no relevant documents; and

   c. The parties shall meet and confer regarding the topics for examination at these depositions

3. A further discovery conference is scheduled for **December 5, 2008 at 1:30 p.m.**. A joint updated discovery statement shall be filed by **December 1, 2008.**

It is so ordered.

Dated: September 8, 2008

Joseph c. spero
United states magistrate judge

2