MARK L SHURTLEFF (U.S.B. # 4666)
Attorney General of the State of Utah
RONALD J. OCKEY (U.S.B # 2441)
Assistant Attorney General
JAMES W. PALMER (U.S.B. # 6959)
Assistant Attorney General
160 East 300 South, Fifth Floor
P.O. Box 140872
Salt Lake City, UT 84114-0872
Phone:  801-366-0310
Fax:  801-366-0315
Email: rockey@utah.gov

Attorneys for Plaintiff State of Utah

O'MELVENY & MYERS, L.L.P.
KENNETH R. O'ROURKE (S.B. # 120144)
korourke@omm.com
STEVEN H. BERGMAN (S.B. # 180542)
bergman@omm.com
JANE Y. CHANG (S.B. # 241890)
jchang@omm.com
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) (340-6407

Attorneys for Defendants
HYNIX SEMICONDUCTOR, INC. and
HYNIX SEMICONDUCTOR AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES A.G. et al.,<br><br>Defendants. | Case No. C 06-4333 PJH<br>Related to MDL. No. 1486<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DUE DATE FOR PLAINTIFF STATE OF UTAH'S RESPONSE TO DEFENDANTS' INTERROGATORIES** |

WHEREAS, the Court has ordered that the Plaintiff State of Utah and certain other Plaintiff States submit by October 7, 2008, their Responses to Defendants' Interrogatories to Certain State Agencies, Universities/Colleges and Local Governments in Utah and other Plaintiff States that were served on July 25, 2008; and

WHEREAS, the Plaintiff State of Utah has requested an extension of time to October 14, 2008, to submit its Responses to Defendants' Interrogatories; and

WHEREAS, the Defendants do not oppose Plaintiff State of Utah's request for this extension.

WHEREFORE, Plaintiff State of Utah and Defendants agree and stipulate that the Plaintiff State of Utah shall have an extension until October 14, 2008, to Answer Defendants' Interrogatories.

DATED: October 3, 2008

        MARK L. SHURTLEFF
        Attoroney General of the State of Utah
        RONALD J. OCKEY
        JAMES W. PALMER

        By: /s/ Ronald J. Ockey
        Ronald J. Ockey (#2441)
        Assistant Attorney General
        Appearing Pro Hac Vice

DATED: October 3, 2008

O'MELVEY & MYERS LLP
KENNETH R. O'ROURKE
STEVEN H. BERGMAN
JANE Y. CHANG

By: /s/ Steven H. Bergman
Steven H Bergman (#180542)
Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.,
and for the purposes of this stipulation only, signing on behalf of Defendants MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., INFINEON TECHNOLOGIES NORTH AMERICA CORP., INFINEON TECHNOLOGIES AG, ELPIDA MEMORY (USA) INC., ELPIDA MEMORY, INC., MOSEL VITELIC INC., MOSEL VITELIC CORPORATION, NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION USA AND NEC ELECTRONICS AMERICA, INC.

**ATTESTATION OF FILING**

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Stipulation from the Plaintiff State of Utah and the Defendants listed above.

Dated: October 5, 2008

/s/  Emilio Varanini
Emilio Varanini
Liaison Counsel for Plaintiff States

Stipulation and [Proposed] Order Extending Due Date - Utah – Case No. C 06-4333 PJH, Related to MDL-1486

1
2  **ORDER**
3
Pursuant to the Stipulation of the parties, it is ORDERED that the Plaintiff State of Utah
4 shall have an extension of time until October 14, 2008, to answer Defendants' Interrogatories
5 served on July 25, 2008.
6
Dated: October __6__, 2008
7
_____
8
HON. JOSEPH C. SPERO

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

4

Stipulation and [~~Proposed~~] Order Extending Due Date - Utah – Case No. C 06-4333 PJH, Related to MDL-1486