Attorney for Plaintiff
COMMONWEALTH OF VIRGINIA

SARAH OXENHAM ALLEN (Va. Bar # 33217)
SOAllen@oag.state.va.us
VIRGINIA ATTORNEY GENERAL'S OFFICE
900 East Main Street
Richmond, VA 23219
Telephone: (804) 786-6557
Facsimile: (804) 786-0122

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., | Case No.: C 06-4333 PJH<br>Related to MDL No. 1486 |
| Plaintiffs, | JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER INTERROGATORIES |
| v. | |
| INFINEON TECHNOLOGIES AG, et al., | |
| Defendants. | |

Now comes the Commonwealth of Virginia, by and through the Attorney General, and Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc., and hereby agree to stipulate to an extension of time in which the Commonwealth of Virginia shall provide answers to Defendant Hynix's interrogatories. Pursuant to a previous court order of this Court, Virginia's answers, as well as other states' answers, are due on October 7, 2008. After discussions with Katherine Robison, Hynix's counsel, Hynix has no objection to this Court granting Virginia an extension until November 7, 2008, in which to answer Hynix's interrogatories. As a basis for said Stipulation, Virginia states the following:

1. The information requested in Hynix's interrogatories relates to a period of time (1998-2002) when the Commonwealth changed its central state contract negotiating agency three times, from the Department of General Services' Division of Purchases and Supply to the Department of Information Technology to the Virginia Information Technologies Agency. To the extent any purchase records or state contracts from that time period still exist after the normal operation of state agency document retention policies, these two system changes makes finding those documents more difficult and the search necessary to find them more time-consuming.

2. The Commonwealth of Virginia currently is facing a $3 billion budget shortfall, and the Governor of Virginia has asked all state agencies to prepare individual agency cuts of 5%, 10% and 15% to address this shortfall. Many of the agency staff helping the Commonwealth prepare our interrogatory responses are financial and procurement employees involved in developing the new budget figures, which are due to the Governor's Office by October 15, 2008. It will be easier for these employees to fully answer Hynix's interrogatories after these budget figures have been submitted.

3. The Virginia Attorney General's Office itself has been adversely affected by the budget crisis in Virginia and currently does not have additional staff to compensate for the lack of staff and resources at the state agencies answering the interrogatories.

WHEREFORE, the Commonwealth of Virginia and Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. agree and stipulate that the Commonwealth of Virginia shall have an Extension of Time until November 7, 2008, to Answer Defendant Hynix's Interrogatories.

DATED: October 6, 2008

Respectfully submitted,

| COMMONWEALTH OF VIRGINIA | O'MELVENY & MYERS LLP |
|---|---|
| By Its Attorney General,<br>ROBERT F. MCDONNELL<br>ATTORNEY GENERAL | KENNETH R. O'ROURKE<br>MICHAEL F. TUBACH<br>STEVEN H. BERGMAN<br>KATHERINE ROBISON |
| By: _/Sarah Oxenham Allen/_<br>Sarah Oxenham Allen (Va. Bar No. 33217)<br>Assistant Attorney General<br>Pro Hac Vice<br>Virginia Attorney General's Office<br>900 East Main Street<br>Richmond, VA 23219<br>Tel: (804) 786-6557<br>Fax: (804) 786-0122 | By: _/Katherine Robison/_<br>Katherine Robison<br>Counsel<br><br>Attorneys for Defendants<br>HYNIX SEMICONDUCTOR, INC.<br>and HYNIX SEMICONDUCTOR<br>AMERICA, INC., *and with respect to this Stipulation only.* |

## ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: October 6, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

3