Attorney for Plaintiff
STATE OF NORTH CAROLINA

K.D. STURGIS (N.C. Bar #9486)
Ksturgis@ncdoj.gov
NORTH CAROLINA ATTORNEY GENERAL'S OFFICE
114 West Edenton Street
Raleigh, NC 27603
Telephone:  (919) 716-6000
Facsimile:  (919) 716-6050

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., | Case No.: C 06-4333 PJH |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER INTERROGATORIES** |
| v. | |
| INFINEON TECHNOLOGIES AG, ET AL., | |
| Defendants. | |

Now comes the State of North Carolina, by and through the Attorney General, and Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. by and through its attorneys, and hereby agree to stipulate to an extension of time in which the State of North Carolina shall provide answers to Defendant Hynix's interrogatories.  Pursuant to a previous order of this Court, North Carolina's answers, as well as other states' answers, were due on October 7, 2008.  After timely discussions with Kenneth O'Rourke and Katherine Robison, Hynix's counsel, Hynix has no objection to this Court granting North Carolina an extension of

time to November 7, 2008, in which to answer Hynix's interrogatories. As a basis for said Stipulation, North Carolina states the following:

1. Beginning on September 11, 2008, when Hurricane Ike shut down oil production and refining in the Gulf of Mexico, and continuing through this date, counsel for the State of North Carolina has been completely occupied with initiating, supervising and pursuing approximately 40 (and growing) simultaneous investigations of price gouging on motor fuel in North Carolina. Many of these investigations are detailed and time-consuming. These investigations have resulted thus far in two settlements and the filing of one enforcement action in court, with many more settlements and/or enforcement actions in process.

2. That work, done at the direction of counsel's management, has not allowed counsel to devote attention to other important matters, including working with the appropriate state agencies, that are not under the direction or control of counsel or the North Carolina Department of Justice, to obtain their responses to defendant Hynix's interrogatories.

WHEREFORE, the State of North Carolina and Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. agree and stipulate that the State of North Carolina shall have an Extension of Time until November 7, 2008, to Answer Defendant Hynix's Interrogatories.

DATED: <u>October 27, 2008</u>

Respectfully submitted,

| | |
|---|---|
| STATE OF NORTH CAROLINA | O'MELVENY & MYERS LLP |
| By Its Attorney General,<br>ROY COOPER<br>ATTORNEY GENERAL | KENNETH R. O'ROURKE<br>MICHAEL F. TUBACH<br>STEVEN H. BERGMAN<br>KATHERINE ROBISON |
| By: ___/K.D. Sturgis/_____<br>K.D. Sturgis (N.C. Bar No. 9486)<br>Assistant Attorney General<br>Pro Hac Vice<br>North Carolina Attorney General's Office<br>114 West Edenton Street<br>Raleigh, NC 27603<br>Tel: (919) 716-6000<br>Fax: (919) 716-6050 | By: ___/Katherine Robison/___<br>Katherine Robison<br>Counsel<br><br>Attorneys for Defendants<br>HYNIX SEMICONDUCTOR, INC.<br>and HYNIX SEMICONDUCTOR<br>AMERICA, INC., *and with respect<br>to this Stipulation only.* |

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: __October 28, 2008_____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed, Judge Joseph C. Spero]*